[No. 64101-8-I. Division One. February 7, 2011.]

JAMES ROW, *Respondent*, v. TYE BARRINGER ET AL., *Appellants*.

 *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Ellington, JJ.

[No. 64513-7-I. Division One. February 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MITCHELL, *Appellant*.

 *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 65379-2-I. Division One. February 7, 2011.]

RONALD SABANDO ET AL., *Respondents*, v. THOMAS OFNER, *Appellant*.

 *Affirmed* by unpublished per curiam opinion.